IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-01451-WJM-BNB

MIKE BARTOWSHESKI,

    Plaintiff,

v.

WARDEN RAE TIMME,

    Defendant.

---

**ORDER ADOPTING MARCH 18, 2013 RECOMMENDATION OF
MAGISTRATE JUDGE AND DENYING PLAINTIFF'S
AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS**

---

This matter is before the Court on the March 18, 2013 Recommendation of United States Magistrate Judge Boyd N. Boland (the "Recommendation") (ECF No. 25) that Plaintiff's Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 6) be denied. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 25 at 8 n.1.) Despite this advisement, and the fact that 25 days have passed since the Recommendation was issued, no objections to the Magistrate Judge's Recommendation have been filed by either party.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only

satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 25) is ADOPTED in its entirety;

(2) Plaintiff's Amended Application for Writ of Habeas Corpus (ECF No. 6) is DENIED;

(3) Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases In the United States District Courts, the Court DECLINES to issue a Certificate of Appealability for any matters raised in the Amended Application; and

(4) The Clerk of the Court is DIRECTED to enter Judgment in favor of Respondent. Each party shall bear his own costs.

Dated this 12th day of April, 2013.

BY THE COURT:

William J. Martínez
United States District Judge