**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-01451-WJM-BNB

MIKE BARTOWSHESKI,

    Applicant,

v.

WARDEN RAE TIMME,

    Respondent.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous orders entered in this case and the Order Adopting March 18, 2013 Recommendation of Magistrate Judge and Denying Plaintiff's Amended Application for Writ of Habeas Corpus, entered by the Honorable William J. Martínez, United States District Judge, on April 12, 2013,

IT IS ORDERED THAT

(1)    The Magistrate Judge's Recommendation (ECF No. 25) is ADOPTED in its entirety;

(2)    Plaintiff's Amended Application for Writ of Habeas Corpus (ECF No. 6) is DENIED;

(3)    Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases In the United States District Courts, the Court DECLINES to issue a Certificate of Appealability for any matters raised in the Amended Application; and

(4)    Judgment is entered in favor of Respondent.  Each party shall bear his own costs.

DATED at Denver, Colorado, this 24th day of April, 2013.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/Edward P. Butler
>    Edward P. Butler
>    Deputy Clerk